STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00134 SOM |
| Plaintiff, | ) | |
| vs. | ) | INFORMATION |
| JOEY THOMAS RICHMOND, | ) | [18 U.S.C. §§ 1344, 1029] |
| Defendant. | ) | |

INFORMATION

Count 1

The Grand Jury charges:

1.   From at least as early as May, 1999 through March, 2000, the Defendant, JOEY THOMAS RICHMOND, in the District of Hawaii and elsewhere, devised a scheme and artifice:

    a.   to defraud the following institutions:  MBNA, First USA, Pentagon Federal Credit Union, First Consumers National Bank, Credit Union of Hawaii, Citibank, Sterling Bank

and Trust, FSB; United Credit, First Hawaiian Bank, Fleet Bank, and General Motors Credit, each of which is a financial institution as defined by Title 18, United States Code, Section 20; and

    b. to obtain moneys and funds owned by and under the custody and control of MBNA, First USA, Pentagon Federal Credit Union, First Consumers National Bank, Credit Union of Hawaii, Citibank, Sterling Bank and Trust, FSB; United Credit, First Hawaiian Bank, Fleet Bank, and General Motors Credit, by means of false and fraudulent pretenses, representations and promises.

  2. It was part of the scheme to defraud that the Defendant, JOEY THOMAS RICHMOND, would apply for a secured credit cards in various names using forged credit card convenience check.

  3. It was part of the scheme to defraud that the Defendant, JOEY THOMAS RICHMOND, would send forged credit card convenience checks to various financial institutions as payments on the secured credit card accounts.

  4. It was part of the scheme to defraud that the Defendant, JOEY THOMAS RICHMOND, would take cash advances and buy merchandise using the various credit card accounts.

5. It was part of the scheme to defraud that the Defendant, JOEY THOMAS RICHMOND, would open bank accounts at financial institutions in various names.

6. It was part of the scheme to defraud that the Defendant, JOEY THOMAS RICHMOND, would deposit forged checks into these accounts and then withdraw or transfer the money from these accounts.

On July 7, 1999, in the District of Hawaii, the Defendant, JOEY THOMAS RICHMOND, executed the scheme by taking a $1,700 cash advance in the amount specified on the "Christopher Costa" visa account, which he had opened at Sterling Bank & Trust, in violation of Title 18, United States Code, Section 1344.

## COUNT 2

The Grand Jury further charges:

In or around July, 1999, within the District of Hawaii, the Defendant, JOEY THOMAS RICHMOND, knowingly and with intent to defraud used an unauthorized access device, that is credit card convenience checks drawn on MBNA account #540992745032700 in the name "Douglas Toomey," which conduct affected interstate commerce, and by which conduct he obtained

//
//
//

cash and merchandise of a value of $1,000 or more, in violation of Title 18, United States Code, Section 1029(a)(2).

DATED: June 5, 2000, at Honolulu, Hawaii.

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES vs. JOEY THOMAS RICHMOND
Cr. No. 00-00134 SOM
"Information"

4