```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U. S. Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email: Edric.Ching@usdoj.gov
```

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00134-001 |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| vs. | ) | |
| | ) | |
| JOEY THOMAS RICHMOND, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| STARR SEIGLE COMMUNICATIONS, INC., | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

<u>APPLICATION FOR WRIT OF CONTINUING GARNISHMENT</u>

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment in a criminal case, entered against

the Defendant-Judgment Debtor JOEY THOMAS RICHMOND (hereinafter referred to as "Debtor"), social security number XXX-XX-1282, whose last known address is: 1020 Isenberg Street Apt. 327, Honolulu, HI 96826, in the above cited action in the amount of $38,337.00.

There is a balance of $52,827.48 ($37,984.50 principal, $11,029.28 interest, and $3,813.70 penalty) that is due and owing as of September 10, 2007.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before September 10, 2007, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or authorized agent is:

>STARR SEIGLE COMMUNICATIONS, INC.
>Attn: Payroll Department
>1001 Bishop Street, 19th Floor
>Honolulu, HI 96813

DATED:  September 10, 2007, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii

>/s/ Edric M. Ching

By_____
>EDRIC M. CHING
>Assistant U.S. Attorney
>Attorneys for the Plaintiff