IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00134-001 |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE |
| | ) | GARNISHEE FORM |
| v. | ) | |
| | ) | |
| JOEY THOMAS RICHMOND, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| STARR SEIGLE COMMUNICATIONS, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. \_\_\_ Yes. \_\_\_ No.

2. The Debtor's pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) _____
Enter the date the above pay period ends. _____

3. The amount of the Debtor's net wages are:

   (a) Gross Pay                    $_____
   (b) Federal income tax           $_____
   (c) F.I.C.A. income tax          $_____
   (d) State income tax             $_____
   Total of tax withholdings        $_____
   Net Wages                        $_____
   (a less total of b,c,d)

4. Have there been previous garnishments in effect?.
   ___ Yes. ___ No. If the answer is "yes," describe below:
   _____
   _____
   _____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:
   _____
   _____
   _____

2

8.  The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

    _____
    _____
    _____
    _____

9.  The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

    _____
    _____
    _____
    _____
    _____

The Garnishee delivered or mailed the <u>original</u> of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the Debtor, JOEY THOMAS RICHMOND at 1020 Isenberg Street, Apt. 327, Honolulu, HI 96826.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
                                Garnishee