Your Name: _____

Address: _____

_____

Phone: _____

Defendant-Debtor: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00134-001 |
| | ) | |
| Plaintiff, | ) | REQUEST FOR HEARING FORM |
| | ) | |
| v. | ) | |
| | ) | |
| JOEY THOMAS RICHMOND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STARR SEIGLE COMMUNICATIONS, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

REQUEST FOR HEARING FORM
------------------------

[ ]  I request that the Court hold a hearing in the matter.

[ ]  I think that the property the Government is taking is exempt. See the attached CLAIM FOR EXEMPTION FORM.

Dated: _____  Signature: _____