

STARR SEIGLE
COMMUNICATIONS

RECEIVED
CLERK U.S. DISTRICT COURT

SEP 18 2007

11:10 am

DISTRICT OF HAWAII

September 17, 2007

Clerk of the United States District Court
Room C-338, United States Courthouse
300 Ala Moana Blvd.
Honolulu, HI 96850

Ref: Cr. No. 00-00134-001

To Whom It May Concern:

In response to your Garnishment noticed against Joey Thomas Richmond dated September 10, 2007, this letter serves to notify you that he is no longer employed by Starr Seigle Communications, Inc.

Joey Thomas Richmond terminated with our company on February 22, 2007. Our records indicate that his address at that time was:

909 Kaamahu Place
Apt 311
Honolulu, HI 96817

Starr Seigle Communications, Inc. has closed its doors on May 31, 2007 and is no longer in business.

Please feel free to contact me at (808) 441-9706, should you have any questions.

Sincerely,

Karen Stahl
Human Resources Director

cc: Edric Ching – Assistant United States Attorney

1001 BISHOP STREET • AMERICAN TOWER 19TH FLOOR • HONOLULU, HAWAII 96813-3649
TELEPHONE (808) 524-5080 • FACSIMILE (808) 523-7443 • http://www.starrseigle.com